IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEFFANIE M. LIVINGSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>CASEY'S RETAIL COMPANY,<br>CASEY'S GENERAL STORES, INC.,<br><br>    Defendants. | 4:15CV3008<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Kathleen M. Neary and the law firm of Vincent M. Powers & Associates, as counsel of record for Plaintiff, (filing no. 5), is granted.

2) On or before February 17, 2015, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff at:

 Steffanie Livingston
 1109 3rd Corso
 Nebraska City, NE 68410

January 20, 2015.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge