IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEFFANIE M. LIVINGSTON,<br><br>                Plaintiff,<br><br>    vs.<br><br>CASEY'S RETAIL COMPANY,  CASEY'S GENERAL STORES, INC.,<br><br>               Defendants. | **4:15CV3008**<br><br>**FINDINGS AND RECOMMENDATION** |

Plaintiff's former counsel was granted leave to withdraw on January 20, 2015. (Filing No. 6). The order granting counsel's leave to withdraw stated Plaintiff was given until February 17, 2015 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel, and was warned that the failure to do so may result in a dismissal of Plaintiff's claims without further notice.  (Filing No. 6).  The order was mailed by the clerk to Plaintiff at two addresses provided by Plaintiff's former counsel.  Neither mailing was returned.

Plaintiff failed to comply with the court's order.

Accordingly,

IT IS RECOMMENDED to the assigned United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff Steffanie M. Livingston's claims be dismissed for want of prosecution and without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED:  The clerk shall mail a copy of this recommendation to Plaintiff at both addresses in the court's record.  (see Filing Nos. 12 and 13).

February 20, 2015.

                                                                BY THE COURT:
                                                                 *s/ Cheryl R. Zwart*
                                                                 United States Magistrate Judge