IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEFFANIE M. LIVINGSTON,<br><br>                    Plaintiff,<br><br>vs.<br><br>CASEY'S RETAIL COMPANY,<br>CASEY'S GENERAL STORES, INC.,<br><br>                    Defendants. | 4:15-CV-3008<br><br>ORDER |

    On March 24, 2015, the Court entered a memorandum and order dismissing this case for want of prosecution. Filing 17. That order provided that a separate judgment would be entered, as required by Fed. R. Civ. P. 58(a). However, due to a chamber's error, a judgment was not filed. The Court will, therefore, enter judgment as of this date, pursuant to Rule 58(c)(2)(A).

    Dated this 14th day of August, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge